# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALICIA ANN LINWOOD as Trustee of Alicia Linwood Revocable Living Trust | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2746-S-BW |
| FINANCE AMERICA LLC, SN SERVICING CORPORATION, MORTGAGE ELECTRONIC SYSTEMS, INC, and U.S. BANK TRUST NATIONAL ASSOCIATION | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 10, 2024.

_____
UNITED STATES DISTRICT JUDGE