# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ALICIA ANN LINWOOD as Trustee of Alicia Linwood Revocable Living Trust<br><br>v.<br><br>FINANCE AMERICA LLC, SN SERVICING CORPORATION, MORTGAGE ELECTRONIC SYSTEMS, INC, and U.S. BANK TRUST NATIONAL ASSOCIATION | §§§§§§§§§§§<br><br>CIVIL ACTION NO. 3:24-CV-2746-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 28, 2025.

**UNITED STATES DISTRICT JUDGE**